No. 86–547. BROWNING *v.* CLERK, UNITED STATES HOUSE OF REPRESENTATIVES, ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari. JUSTICE SCALIA took no part in the consideration or decision of this petition. ▮

No. 86–5598. BROWN *v.* JUST ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.